**BENT CREEK LIMITED PARTNERSHIP,**
Appellant,

v.

**SILVER SPRING TOWNSHIP AUTHORITY.**

No. 01–3887.

United States Court of Appeals, Third Circuit.

Submitted May 24, 2002.

Decided May 31, 2002.

Before ALITO, MCKEE, and WALLACE, Circuit Judges.

OPINION OF THE COURT

McKEE, Circuit Judge.

Plaintiff developer appeals the district court's dismissal pursuant to Fed.R.Civ.P. 12(b)(6) of its complaint, in which plaintiff alleged a denial of its right to equal protection under the Constitutions of the United States and the Commonwealth of Pennsylvania, as well as a violation of its statutory rights under the Pennsylvania Municipal Authorities Act. 53 P.S. 306 et seq. For the reasons that follow, we will affirm.

Inasmuch as we write only for the parties and the district court, we need not reiterate the factual background of this appeal. Plaintiff concedes that its equal protection claim is subject to a "rational basis" analysis as no fundamental right is involved, and plaintiff is not afforded the protections that result from suspect classification such as race. We have reviewed the thoughtful Memorandum and Order of the district court filed on January 23, 2001, as well as the subsequent order filed October 15, 2001 in which the district court clarified its memorandum and order. We will affirm substantially for the reasons set forth by the district court in its Memorandum Opinion and subsequent clarification.